# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE, et al., | : : |
| Plaintiffs, | : Case No. 2:20-cv-06575-TJS : |
| v. | : : |
| PHILLY WIDE RESTORATION, LLC, et al. | : : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiffs, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss the Complaint, without prejudice, and state the reasons for dismissal as follows:

1. This action was commenced by the Plaintiffs to recover delinquent contributions and damages owed to employee benefit plans. (Docket No. 1).

2. The parties have since reached a mutually-agreeable monetary settlement to resolve the delinquency sought by Plaintiffs. Defendants have satisfied the amount agreed upon per the parties' settlement.

3. The opposing parties have neither served an answer nor a motion for summary judgment.

Dated: February 25, 2021       By:     s/_____
                                       Kathleen Bichner, Bar No. 320946
                                       O'DONOGHUE & O'DONOGHUE LLP
                                       325 Chestnut Street, Suite 600
                                       Philadelphia, PA  19106
                                       Telephone (215) 629-4970
                                       kbichner@odonoghuelaw.com

                                       *Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 1 OF PA/DE, et al., | : : : |
| Plaintiffs, | : Case No. 2:20-cv-06575-TJS : |
| v. | : : |
| PHILLY WIDE RESTORATION, LLC, et al. | : : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of February 2021, a copy of the foregoing was filed using the Court CM/ECF service and served by electronic and first-class United States mail, postage prepaid, on the following:

Philly Wide Restoration, LLC
3016 Green Ridge Drive
Norristown, PA 19409

John Marcinek
3016 Green Ridge Drive
Norristown, PA 19409
jwmarcinek@comcast.net

                                                                                                                                      _s/ Kathleen Bichner
                                                                                                                                      Kathleen Bichner